**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Central District of California

In re     Muscle Improvement, Inc.                          Case No. _____

                          Debtor

                          Chapter     11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 1,284,254.54 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 1,239,642.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 1,278.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $ 2,661,624.11 | |
| G - Executory Contracts and Unexpired Leases | YES | 5 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 31 | $ 1,284,254.54 | $ 3,902,544.11 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Central District of California

In re  Muscle Improvement, Inc.                          Case No. _____

                    Debtor

                                                         Chapter    11    _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213

B6A (Official Form 6A) (12/07)

In re  Muscle Improvement, Inc.                                   Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   Muscle Improvement, Inc.                              Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on Hand<br>Petty Cash | | 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cash in Bank<br>Bank of America | | 2,500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposits<br>Miscellaneous deposits | | 1,927.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213

In re  Muscle Improvement, Inc. _____  Case No. _____
           **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1/3 ownership of Muscle Training Corporation Estimated sale value of 1/3 of subsidiary. | | 25,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable As of 9/30/09 | | 13,983.78 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Extreme Blendz Franchise Book Value | | 11,900.00 |
| | | Franchise for Golds Gym in City of Orange Valued at cost. | | 20,000.00 |
| | | Franchise for Golds Gym in Culver City | | 10,000.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213

In re  Muscle Improvement, Inc.                                    Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Valued at cost. | | |
| | | Franchise for Inglewood | | 10,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Gym Equipment<br>Treated as if purchased (as opposed to leased) | | 309,860.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid Insurance<br>Interior Improvements<br>Depreciated Book Value | | 14,883.76<br>764,000.00 |
| | | Claim against Allstate Financial Group for accounting<br>Claim against lender for funds; estimated amount | | 100,000.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213

                    _____   continuation sheets attached      Total   $   1,284,254.54
                         0

                                      (Include amounts from any continuation
                                      sheets attached. Report total also on
                                      Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re __Muscle Improvement, Inc.__                          Case No. _____
               **Debtor**                                                      **(If known)**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213

B6D (Official Form 6D) (12/07)

In re    Muscle Improvement, Inc.                          ,        Case No. _____
              **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2300-00117 <br><br> All Points Capital Group <br> 265 Broadhollow Road <br> Melville, NY  11747 | | | <br><br><br><br> VALUE $      100,000.00 | | | | 170,345.00 | 103,345.00 <br> This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br><br> Allstate Financial Group, Inc. <br> 19015 North Creek Parkway Suite 101 <br> Bothell, WA  98011 | | | Incurred: 7/9/2008 <br><br><br> VALUE $      100,000.00 | | | X | 580,000.00 | 580,000.00 <br> This amount based upon existence of Superior Liens |
| ACCOUNT NO. 65144 <br><br> Butler Capital <br> 3102 Reliable Parkway <br> Chicago, IL 60686 | | | <br><br><br><br> VALUE $      100,000.00 | | | | 143,056.00 | 143,056.00 <br> This amount based upon existence of Superior Liens |

_1_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal ► <br> (Total of this page) | $  893,401.00 | $ 826,401.00 |
| Total ► <br> (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213*

B6D (Official Form 6D) (12/07) — Cont.

In re    Muscle Improvement, Inc.                              ,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. cw101199643 Key Equipment Finance, Inc. P.O. Box 203901 Houston, TX 77216 | | | VALUE $     100,000.00 | | | | 33,000.00 | 0.00 |
| ACCOUNT NO. 019-2899038-001 Leaf Financial Corp. P.O. Box 643172 Cincinnati, OH 45264-3172 | | | VALUE $     100,000.00 | | | | 97,241.00 | 97,241.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. Manning & Marder, Kass, Ellrod, Ramirez 801 South Figueroa Street Los Angeles, CA 90017-5504 | | | Lien: promissory note Security: all equipment, machinery, materials, furnishings, appliances, fixtures, tools, parts, supplies and vehicles, accounts, accounts receivable, contract rights, general intangibles, inventory, finished goods, merchandise, parts and supplies VALUE $     100,000.00 | | | | 116,000.00 | 116,000.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. Merchants Acceptance Corporation P.O. Box 2047 Redmond, WA 98073-2047 | | | Incurred: 5/13/09 Security: All assets of Debtor Funds "paid through Michael Tate and Gordon Fund; Possibly part of Allstate Financial Claim VALUE $     100,000.00 | | | X | 100,000.00 | 100,000.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ⟩ (Total(s) of this page)    $   346,241.00    $   313,241.00

Total(s) ⟩ (Use only on last page)    $ 1,239,642.00    $1,139,642.00

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213*

**B6E (Official Form 6E) (12/07)**

In re ___Muscle Improvement, Inc._____,   Case No._____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐　**Domestic Support Obligations**

　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐　**Extensions of credit in an involuntary case**

　　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐　**Wages, salaries, and commissions**

　　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐　**Contributions to employee benefit plans**

　　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213

**B6E (Official Form 6E) (12/07) - Cont.**

In re ___Muscle Improvement, Inc._____,    Case No._____
                        Debtor                                                          (if known)

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213

1
____ **continuation sheets attached**

**B6E (Official Form 6E) (12/07) - Cont**

In re  Muscle Improvement, Inc._____,    Case No. _____
                Debtor                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>California Board of Equalization<br>Bankruptcy / Special Procedures<br>P.O. Box 942879<br>Sacramento, CA 94279-0098 | | | Listed for purposes of notice only | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. 40785461<br><br>County of Los Angeles<br>Dept. of Treasurer & Tax Collector<br>225 North Hill Street, Rm. 122<br>P.O. Box 514818<br>Los Angeles, CA  90051-4818 | | | | | | | 1,278.00 | 1,278.00 | 0.00 |
| ACCOUNT NO.<br><br>Franchise Tax Board<br>Attention: Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | | | Listed for purposes of notice only | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | | Unknown - listed for purposes of notice | | | X | Notice Only | Notice Only | Notice Only |
| Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal (Totals of this page) | | | | $  1,278.00 | $ | $ |
| | | | Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | | | | $  1,278.00 | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $  1,278.00 | $  0.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213

**B6F (Official Form 6F) (12/07)**

In re   Muscle Improvement, Inc.                    ,          Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Aaron Dedicke <br> 8110 Redlands Avenue <br> Playa Del Rey, CA  90293 | | | Incurred: 2009 | | X | X | Unknown |
| ACCOUNT NO.  05-1030 <br><br> Alliance Funding Group <br> P.O. Box 2149 <br> Gig Harbor, WA  98335 | | | Consideration: lease | | | | 4,784.07 |
| ACCOUNT NO. <br><br> American Capital Group <br> 175 Technology Drive, Ste. 100 <br> Irvine, CA  92618 | | | Consideration: Lease Liability | | | | 64,144.00 |
| ACCOUNT NO. <br><br> American Chemical & <br> Sanitary Supply, Inc. <br> P.O. Box 6436 <br> Anaheim, CA  92816 | | | Consideration: trade debt | | | | 1,080.71 |

  14  _____ continuation sheets attached

Subtotal ➤ | $ | 70,008.78

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30213

B6F (Official Form 6F) (12/07) - Cont.

In re  Muscle Improvement, Inc._____,    Case No. _____
        Debtor    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Angeles Oxygen & Equipment Co., Inc.<br>12173 Bradford Street<br>Sun Valley, CA  91352 | | | | | | | 29.79 |
| ACCOUNT NO.  001-3963200-001<br><br>AT&T Capital Services-3963200<br>AT&T Capital Services<br>13160 Collections Center Drive<br>Chicago, IL  60693 | | | Consideration: lease | | | | 36,415.00 |
| ACCOUNT NO.<br><br>AT&T Mobility (8746)<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | | | Consideration: telephone services | | | | 943.15 |
| ACCOUNT NO.<br><br>AT&T Mobility (Steve-9563)<br>P.O. Box 60017<br>Los Angeles, CA  90060-0017 | | | Consideration: telephone services | | | | 183.31 |
| ACCOUNT NO.<br><br>Austin Wright<br>4215 Vineland Avenue<br>Apt. 15<br>Studio City, CA  91602 | | | Incurred: 2009 | X | X | | Unknown |

Sheet no. _1_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 37,571.25

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30213

B6F (Official Form 6F) (12/07) - Cont.

In re  Muscle Improvement, Inc._____,    Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Balboa Capital Corporation<br>c/o Michelle Chiongson, Esq.<br>2010 Main Street, 11th Floor<br>Irvine, CA 92614 | | | Consideration: Trade debt<br>Stipulation for judgment | | | | 30,000.00 |
| ACCOUNT NO.  16-979866<br><br>Bank of America<br>P.O. Box 660576<br>Dallas, TX  75266-0576 | | | Consideration: commercial loan | | | | 32,710.96 |
| ACCOUNT NO.<br><br>Bare Associates International<br>3251 Old Lee Highway, Suite 209<br>Fairfax, VA  22030-1504 | | | Consideration: trade debt | | | | 370.00 |
| ACCOUNT NO.  160<br><br>BayCap, LLC<br>423 S. Pacific Coast Hwy, Suite 201<br>Redondo Beach, CA  90277 | | | Incurred: 2009<br>Consideration: lease<br>Settlement agreement re lease | | | | Notice Only |
| ACCOUNT NO.  99<br><br>BayCap, LLC<br>423 S. Pacific Coast Hwy, Suite 201<br>Redondo Beach, CA  90277 | | | Incurred: 2009<br>Consideration: lease<br>Settlement agreement | | | | 375,000.00 |

Sheet no. __2__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  438,080.96

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Muscle Improvement, Inc. _____,      Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Blue Cross P.O. Box 54630 Los Angeles, CA 90054-0630 | | | | | | | 1,978.00 |
| ACCOUNT NO. Carriage Trade Manor 831 N. Harbor Drive Redondo Beach, CA 90277 | | | Consideration: Guarantees | | | | Notice Only |
| ACCOUNT NO. Cheyne Alferos 1571 W. 210th Street Torrance, CA 90501 | | | Incurred: 2009 | X | X | | Unknown |
| ACCOUNT NO. ClubCom, LLC 1200 Business Drive Pittsburgh, PA 15205 | | | | | | | 600.00 |
| ACCOUNT NO. deLage Landen Financial Services c/o Fleischer, Fleischer and SUglia Plaza 1000 at Main Street, Suite 2008 Voorhees, NJ 08043 | | | Incurred: 6/5/09 Consideration: Trade debt Stipulation of settlement | | | | 51,345.56 |

Sheet no. _3_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 53,923.56

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30213

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Muscle Improvement, Inc. _____ ,     Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Dell Financial Services <br> Payment Processing Center <br> P.O. 5292 <br> Carol Stream, IL 60197-5792 | | | Consideration: Lease liability | | | | 4,500.00 |
| ACCOUNT NO. <br> Donald R. Castleman <br> Accountancy Corporation <br> 2029 Century Park East, 3rd Floor <br> Los Angeles, CA 90067-2713 | | | Consideration: accounting services | | | | 2,080.00 |
| ACCOUNT NO. <br> Eddie Gloyne <br> c/o Steven Cooper <br> 21515 Hawthorne Blvd., #1150 <br> Torrance, CA 90503 | | | Incurred: 2009 | X | X | | Unknown |
| ACCOUNT NO. 5571 <br> Farmers & Merchants <br> 3290 E. Artesia Blvd. <br> Long Beach, CA 90805 | | | Consideration: monies lent | | | | 691,695.00 |
| ACCOUNT NO. <br> Financial Pacific Leasing Company <br> 3455 S. 344th Way <br> Suite 300 <br> Federal Way, WA 98001 | | | Assignee of American Capital Group | | | | Notice Only |

Sheet no. __4__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  698,275.00

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30213

B6F (Official Form 6F) (12/07) - Cont.

In re  Muscle Improvement, Inc.                      ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  64661 <br><br> First Credit Corporatoin <br> 4300 Bayou Blvd., Suite 35 <br> Pensacola, FL  32503 | | | Consideration: lease | | | | 2,646.92 |
| ACCOUNT NO. <br><br> Ford Motor Credit Company <br> P.O. Box 7289 <br> Pasadena, CA  91109-7389 | | | Consideration: truck note <br> Ranger '01 | | | | 1,253.38 |
| ACCOUNT NO. <br><br> Front Door Advertising <br> 19744 Beach Blvd. <br> Suite 209 <br> Huntington Beach, CA  92648 | | | Consideration: Lease of outdoor billboard | | | | Notice Only |
| ACCOUNT NO.  40240075 <br><br> Greystone <br> 330 120th Avenue NE, Suite 110 <br> Bellevue, WA  98005 | | | Consideration: lease <br> Assignee of Irwin Commercial Finance | | | | 20,711.18 |
| ACCOUNT NO. <br><br> Holiday  Inn Crowne Plaza <br> (Existing Space) <br> 300 N. Harbor Drive <br> Redondo Beach, CA  90277 | | | Consideration: lease | | | | 73,035.06 |

Sheet no.  5  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $    97,646.54

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30213

B6F (Official Form 6F) (12/07) - Cont.

In re  Muscle Improvement, Inc.                                ,     Case No. _____
　　　　　　　　Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Holiday Inn Crowne Plaza (New Space)<br>300 N. Harbor Drive<br>Redondo Beach, CA 90277 | | | Consideration: lease | | | | 38,105.34 |
| ACCOUNT NO.<br>Holiday Inn Crowne Plaza (Parking)<br>300 N. Harbor Drive<br>Redondo Beach, CA 90277 | | | Consideration: lease | | | | 7,800.33 |
| ACCOUNT NO.<br>Institute of Business Publications<br>United Credit & Collections<br>68 North Avenue<br>Owego, NY 13827 | | | Consideration: trade debt | | | | 138.00 |
| ACCOUNT NO.<br>Irwin Commercial Finance Corp.<br>Suite 110-330<br>120th Avenue, N.E.<br>Bellevue, WA 98005 | | | Consideration: Assignor of lease | | | | Notice Only |
| ACCOUNT NO.<br>Jesse Mendoza Estevez<br>12120 Washington Pl.<br>Apt. 5<br>Los Angeles, CA 90066 | | | Incurred: 2009 | | X | X | Unknown |

Sheet no. __6__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   46,043.67

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30213

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Muscle Improvement, Inc._____,    Case No. _____
                  **Debtor**                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Joe Coco<br>234 N. Irena #5<br>Redondo Beach Ca 90277 | | | Incurred: 2009 | X | X | | Unknown |
| ACCOUNT NO.<br><br>Jung's Steam Generators & Sauna<br>19603 Lanark Street<br>Reseda, CA  91335 | | | Consideration: trade debt | | | | 1,411.64 |
| ACCOUNT NO.   cw01203764<br><br>Key Equipment Finance, Inc.<br>P.O. Box 203901<br>Houston, TX  77216 | | | Consideration: lease | | | | 1,183.18 |
| ACCOUNT NO.<br><br>King Harbor Marine Center, Inc.<br>831 N. Harbor Drive<br>Redondo Beach, CA  90277 | | | Consideration: Guarantees | | | | Notice Only |
| ACCOUNT NO.<br><br>Konica Minolta Business Solutions<br>500 North Franklin Turnpike<br>Ramsey, NJ  07446 | | | Consideration: Lease of equipment | | | | 0.00 |

Sheet no. _7_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    2,594.82

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30213

B6F (Official Form 6F) (12/07) - Cont.

In re  Muscle Improvement, Inc.                    ,          Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lyon Financial Services, Inc.<br>dba US Bancorp<br>c/o Bryan Grundon, Esq.<br>16870 West Bernardo Drive, Suite 400<br>San Diego, CA 92127 | | | Incurred: 8/7/09<br>Consideration: Lease liability<br>Settlement | | | | 40,866.18 |
| ACCOUNT NO.  001-1166445-001<br>Marlin Leasing Corp.<br>P.O. Box 13604<br>Philadelphia, PA  19101-3604 | | | Consideration: lease | | | | 987.84 |
| ACCOUNT NO.<br>National City Healthcare Finance<br>995 Dalton Ave.<br>Cincinnati, OH  45203 | | | Consideration: Guarantee of Hawthorne/Commerce lease<br>Estimated amount of lease laibility | | | X | 500,000.00 |
| ACCOUNT NO.<br>Nautilus<br>c/o Clovis and Roche, Inc.<br>P.O. Box 1164<br>Metairie, LA 70004 | | | Consideration: Trade debt | | | | 15,297.00 |
| ACCOUNT NO.<br>Pam Wilson<br>11515 Old River School Rd.<br>Apt. E<br>Downey, CA  90241 | | | Incurred: 2009 | X | X | | Unknown |

Sheet no.  8  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $       557,151.02

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30213

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Muscle Improvement, Inc.                                      ,        Case No. _____
        **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pawnee Leasing Company<br>700 Centre Avenue<br>Fort Collins, CO 80526 | | | Consideration: Lease | | | | Notice Only |
| ACCOUNT NO.<br><br>PCSOLNET<br>4846 East Florence Ave.<br>B-102<br>Bell, CA  902001 | | | Consideration: trade debt | | | | 750.00 |
| ACCOUNT NO.  396<br><br>Pentech Financial (Alliance)-1198<br>1410 SW Morrision, Suite 750<br>Portland, OH 97205 | | | Consideration: lease | | | | 3,600.00 |
| ACCOUNT NO.  7523419<br><br>Pitney Bowes Global Financial Services<br>P.O. Box 856460<br>Louisville, KY  40285-6460 | | | Consideration: lease | | | | 13,176.80 |
| ACCOUNT NO.<br><br>Premium Assignment-EPL<br>151 Kalmus Drive, Suite  C22<br>Costa Mesa, CA  92626 | | | Consideration: trade debt | | | | 672.52 |

Sheet no.  9  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 18,199.32

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30213

B6F (Official Form 6F) (12/07) - Cont.

In re ___Muscle Improvement, Inc._____,    Case No. _____
          **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pretzelman Printing Group<br>10476 Armstron St.<br>Fairfax City, VA  22030 | | | Consideration: 147.27 | | | | 0.00 |
| ACCOUNT NO.<br><br>Puget Sound Leasing Company<br>P.O. Box 1295<br>Issaquah, WA  98027 | | | Consideration: Lease Liability | | | | 34,810.00 |
| ACCOUNT NO.<br><br>Randall Refrigeration<br>24702 Narbonne Ave.<br>Lomita, CA  90717 | | | Consideration: trade debt | | | | 1,242.64 |
| ACCOUNT NO.<br><br>Rayne Water Conditioning<br>6953 Canoga Ave.<br>Canoga Park, CA  91303 | | | Consideration: trade debt | | | | 240.00 |
| ACCOUNT NO.<br><br>Regina Franklin<br>436 W. 95th Street<br>Apt. 3<br>Los Angeles, CA  90003 | | | Incurred: 2009 | X | X | | Unknown |

Sheet no. __10__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 36,292.64

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30213

B6F (Official Form 6F) (12/07) - Cont.

In re  Muscle Improvement, Inc.                                    ,          Case No. _____
                    **Debtor**                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Richard Weiss 5530 Owensmouth Ave. #320 Woodland Hills, CA  91367 | | | Incurred: 2009 | X | X | | Unknown |
| ACCOUNT NO.  Safeguard Attn: Accounting Department P.O. Box 910947 Los Angeles, CA  90091-0947 | | | Consideration: trade debt | | | | 417.85 |
| ACCOUNT NO.  Sierra View Mobile Home Park Corporation 831 N. Harbor Drive Redondo Beach, CA  90277 | | | Consideration: Guarantees | | | | Notice Only |
| ACCOUNT NO.  Southern CA Edison P.O. Box 600 Rosemead, CA  91771-0001 | | | Consideration: utility (electric) bill | | | | 47,667.41 |
| ACCOUNT NO.  Studebaker-Worthington a Division of Main Street Bank P.O. Box 203909 Houston, TX  77216-3909 | | | Consideration: loan | | | | 257,399.00 |

Sheet no. 11  of 14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    305,484.26

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30213

B6F (Official Form 6F) (12/07) - Cont.

In re ___Muscle Improvement, Inc._____ ,    Case No. _____
       **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TDM<br>Telecommunications Design & Management, Inc.<br>8700 S.W. 26th Suite R<br>Portland, OR 97219-4032 | | | Consideration: trade debt | | | | 100.00 |
| ACCOUNT NO.<br>Tennessee Commerce Bank<br>361 Mallory Station Rd. Suite 105<br>Franklin, TN 37067 | | | Consideration: Trade Debt<br>Assignee of Alliance Funding Group, Inc. | | | | Notice Only |
| ACCOUNT NO.<br>Terry Kane<br>553 N.PCH #226<br>Redondo Beach, Ca 90277 | | | Incurred: 2009 | X | X | | Unknown |
| ACCOUNT NO.<br>Time Warner Cable<br>P.O. Box 60074<br>City of Industry, CA 91716-0074 | | | Consideration: cable services | | | | 625.82 |
| ACCOUNT NO.<br>TR Anton Incorporated<br>1001 Avenida Pico, Suite C511<br>San Clemente, CA  92673 | | | | | | | 2,445.00 |

Sheet no. _12_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    3,170.82

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30213

B6F (Official Form 6F) (12/07) - Cont.

In re ___Muscle Improvement, Inc._____,        Case No. _____
             Debtor                                                     (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Trevor Ellis<br>226 Avenue B<br>Redondo Beach, CA  90277 | | | Incurred: 2009 | X | X | | Unknown |
| ACCOUNT NO.<br><br>US Express Leasing<br>10 Waterview Blvd.<br>Parsippany. NJ  07054 | | | Incurred: 6/22/07<br>Consideration: Guarantee of Commerce Eq't Lease | | | | 270,178.00 |
| ACCOUNT NO.<br><br>Verizon (Gold's 5522)<br>P.O. Box 9688<br>Mission Hills, CA 91346-9688 | | | Consideration: telephone services | | | | 1,744.65 |
| ACCOUNT NO.<br><br>Victor Harris, Esq.<br>1050 Northgate Drive Suite 360<br>San Fafael, CA 94903-2541 | | | Consideration: Services<br>Attorney for Butler Capital | | | | Notice Only |
| ACCOUNT NO.<br><br>Vista Del Rio Corporation<br>831 N. Harbor Drive<br>Redondo Beach, CA  90277 | | | Consideration: Guarantees | | | | Notice Only |

Sheet no. __13__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $     271,922.65

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30213

B6F (Official Form 6F) (12/07) - Cont.

In re  Muscle Improvement, Inc.                          ,          Case No. _____
　　　　　　　　　Debtor                                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> West Star Capital, LLC <br> 3280 Sunrise Highway, Suite 236 <br> Wantagh, NY  11793 | | | Consideration: Guarantee of Hawthorne Lease <br> Amount estimated. | | | | 25,000.00 |
| ACCOUNT NO. <br><br> WiII Communications, Inc. <br> 2627 Manhattan Beach Blvd. <br> Suite 211 <br> Redondo Beach, CA  90278-1604 | | | Consideration: trade debt | | | | 258.82 |
| ACCOUNT NO. <br><br> Yolanda Williams <br> 3717 West 119th Place <br> Hawthorne, CA  90250 | | | Incurred: 2009 | X | X | | Unknown |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __14__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 25,258.82

Total ▶ | $ | 2,661,624.11

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30213

B6G (Official Form 6G) (12/07)

In re  Muscle Improvement, Inc. _____    Case No. _____
                        Debtor                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| All Points Capital Group<br>265 Broadhollow Road<br>Melville, NY  11747 | Equipment |
| Alliance Funding Group<br>P.O. Box 2149<br>Gig Harbor, WA  98335 | Equipment |
| AT&T Capital Services-3963200<br>AT&T Capital Services<br>13160 Collections Center Drive<br>Chicago, IL  60693 | Equipment |
| BayCap, LLC<br>423 S. Pacific Coast Hwy, Suite 201<br>Redondo Beach, CA  90277 | Equipment |
| First Credit Corporatoin<br>4300 Bayou Blvd., Suite 35<br>Pensacola, FL  32503 | Equipment |
| Greystone<br>330 120th Avenue NE, Suite 110<br>Bellevue, WA  98005 | Equipment |
| Key Equipment Finance, Inc.<br>P.O. Box 203901<br>Houston, TX  77216 | Equipment |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30213

B6G (Official Form 6G) (12/07) – Cont.

In re  Muscle Improvement, Inc. _____    Case No. _____
                    **Debtor**                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Key Equipment Finance, Inc.<br>P.O. Box 203901<br>Houston, TX  77216 | Equipment |
| Key Equipment Finance, Inc.<br>P.O. Box 203901<br>Houston, TX  77216 | Equipment |
| Leaf Financial Corp.<br>P.O. Box 643172<br>Cincinnati, OH 45264-3172 | Equipment |
| Marlin Leasing Corp.<br>P.O. Box 13604<br>Philadelphia, PA  19101-3604 | Equipment |
| Pentach Financial (Alliance)-1198<br>1410 SW Morrision, Suite 750<br>Portland, OH 97205 | Equipment |
| Pitney Bowes Global Financial Services<br>P.O. Box 856460<br>Louisville, KY  40285-6460 | Equipment |
| BayCap, LLC<br>423 S. Pacific Coast Hwy, Suite 201<br>Redondo Beach, CA  90277 | Equipment |
| Ford Motor Credit Company<br>P.O. Box 7289<br>Pasadena, CA  91109-7389 | 2001 Ford Ranger |

B6G (Official Form 6G) (12/07) – Cont.

In re Muscle Improvement, Inc. _____    Case No. _____
         Debtor                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| American Capital Group | |
| Balboa Capital Corporation<br>c/o Michelle Chiongson, Esq.<br>2010 Main Street, 11th Floor<br>Irvine, CA 92614 | |
| Butler Capital<br>3102 Reliable Parkway<br>Chicago, IL 60686 | |
| deLage Landen Financial Services<br>c/o Fleischer, Fleischer and SUglia<br>Plaza 1000 at Main Street, Suite 2008<br>Voorhees, NJ 08043 | |
| Dell Financial Services | |
| Financial Pacific Leasing Company | |
| First Credit Corporatoin<br>4300 Bayou Blvd., Suite 35<br>Pensacola, FL  32503 | |
| Front Door Advertising | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 30213

B6G (Official Form 6G) (12/07) – Cont.

In re  Muscle Improvement, Inc.                                 Case No. _____

                    **Debtor**                                                        (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Irwin Commercial Finance Corp.<br>Suite 110-330<br>120th Avenue, N.E.<br>Bellevue, WA 98005 | |
| Konica Minolta Business Solutions | |
| Merchants Acceptance Corporation<br>P.O. Box 2047<br>Redmond, WA  98073-2047 | |
| Pawnee Leasing Company<br>700 Centre Avenue<br>Fort Collins, CO 80526 | |
| Puget Sound Leasing Company | |
| Studebaker-Worthington<br>a Division of Main Street Bank<br>P.O. Box 203909<br>Houston, TX  77216-3909 | |
| Verizon (Gold's 5522)<br>P.O. Box 9688<br>Mission Hills, CA 91346-9688 | |
| West Star Capital, LLC | |

B6G (Official Form 6G) (12/07) – Cont.

In re  Muscle Improvement, Inc. _____        Case No. _____
_____
**Debtor**                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ford Motor Credit Company<br>P.O. Box 7289<br>Pasadena, CA  91109-7389 | |
| Muscle Improvement Holding Corporation<br>21700 Oxnard Street, Suite 1750<br>Woodland Hills, CA 91367 | Contract for management of entity. |
| | |
| | |
| | |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re  Muscle Improvement, Inc. _____   Case No. _____
          **Debtor**                                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Carriage Trade Manor<br>c/o King Harbor Marine<br>831 N. Harbor Drive<br>Redondo Beach, CA  90277<br><br>King Harbor Marine Center, Inc.<br>831 N. Harbor Drive<br>Redondo Beach, CA  90277<br><br>Sierra View Mobile Home Park Corporation<br>c/o King Harbor<br>831 N. Harbor Drive<br>Redondo Beach, CA  90277<br><br>Vista Del Rio Corporation<br>c/o King Harbor<br>831 N. Harbor Drive<br>Redondo Beach, CA  90277 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213

B6 (Official Form 6 - Declaration) (12/07)

In re _____Muscle Improvement, Inc._____   Case No. _____
                  Debtor                                                       (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                    Debtor:

Date _____          Signature: _____
                                          (Joint Debtor, if any)

                                           [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                     (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____     _____
   Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the __Chairman of the Board_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Muscle Improvement, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __33__ sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _1-22-2010_____     Signature: _____
                                                ABRAM TAVERA
                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30213